HOLLINGSWORTH, Respondent, v. SPECTATOR CO., Appellant. (Supreme Court, Ap-

# 1110

### 63 NEW YORK SUPPLEMENT
### and 97 New York State Reporter.

pellate Division, Second Department. March 13, 1900.) Action by John E. Hollingsworth against the Spectator Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to withdraw demurrer and serve answer within 20 days, on payment of the costs of the demurrer and of this appeal. See 63 N. Y. Supp. 2.